**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Albert  Morris v. Wells Fargo Bank

Appellate case number:    01-19-00610-CV

Trial court case number:  15-DCV-221475

Trial court:              434th District Court of Fort Bend County

     Appellant's motion to recall the mandate issued in this appeal is DENIED.

Judge's signature: ____/s/Sarah B. Landau_____
                                   Acting for the Court

Panel consists of Justices Lloyd, Goodman, and Landau

Date:   __December 15, 2020____